No. 85–6515.  KALEC v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 85–6516.  SAVAGE v. OHIO.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 85–6524.  WASHINGTON v. ANGELONE, WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 85–6526.  COLE v. MISSOURI.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 85–6528.  DAY v. POPE, FORMER CHIEF JUSTICE, SUPREME COURT OF TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 85–6529.  COULVERSON v. OHIO ADULT PAROLE AUTHORITY.  C. A. 6th Cir.  Certiorari denied.

No. 85–6530.  YELLEN v. CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 85–6533.  PICCIOTTI v. ROBERTS, NEW YORK STATE COMMISSIONER OF LABOR.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 85–6534.  ORTH v. HOUSEWRIGHT, DIRECTOR, NEVADA DEPARTMENT OF PRISONS.  Sup. Ct. Nev.  Certiorari denied.

No. 85–6544.  KIMSEY v. CELESTE, GOVERNOR OF OHIO, ET AL.  Sup. Ct. Colo.  Certiorari denied.

No. 85–6548.  RYAN v. STEPHEN.  Sup. Ct. Tex.  Certiorari denied.

No. 85–6560.  WATSON v. MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 85–6589.  BOLES v. DEPARTMENT OF TRANSPORTATION. C. A. Fed. Cir.  Certiorari denied.

No. 85–6594.  EUSCH v. SKOW ET AL.  C. A. 7th Cir.  Certiorari denied.